| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Damich, Edward J. | 2. Court or Organization<br><br>U.S. Court of Federal Claims | 3. Date of Report<br><br>06/10/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>National Courts Building<br>717 Madison Pl., N.W.<br>Suite 701<br>Washington, DC 20005 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Distinguished Lecturer in Intellectual Property | The Columbus School of Law, The Catholic University, Washington, DC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/1/76 | Teachers Insurance and Annuity/College Retirement Fund (retirement) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8-12/2013 | Catholic University Law School, Washington, DC | $7,700.00 |
| 2. 1-5/2013 | Catholic University Law School, Washington, DC | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Miami Law School | 2/15-18/13 | Miami, FL | Seminar Panelist | Travel and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ▓▓▓▓▓▓▓▓ Baltimore, MD | Loan of Office Furniture | $3600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (checking account) | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank (savings account) | A | Interest | J | T | | | | | |
| 3. Capital One Bank (checking account) | A | Interest | J | T | | | J | | |
| 4. Unimproved Lots, Punta Gorda, FL ($30,000) | | None | K | S | | | | | |
| 5. Condominium Apartment, Key West, FL ($300,000) | | None | N | S | | | | | |
| 6. Washington Real Estate Investment Trust | A | Dividend | J | T | | | | | |
| 7. TIAA/CREF (retirement) | F | Int./Div. | N | T | | | | | |
| 8. Morgan Stanley Private Bank (money market) | A | Interest | J | T | | | | | |
| 9. Morgan Stanley IRA | C | Int./Div. | L | T | | | | | |
| 10. --Columbia Thermostat | A | Dividend | | | Sold (part) | 04/16/13 | J | A | |
| 11. -- | | | | | Sold | 09/18/13 | J | A | |
| 12. --Doubleline Total Return | A | Dividend | | | Sold | 08/20/13 | J | | |
| 13. --E V Global Macro | | None | | | Sold | 09/18/13 | J | | |
| 14. --Guggenheim BulletShares 2013C | A | Dividend | | | Sold | 04/16/13 | J | | |
| 15. --Guggenheim Macro Opport | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 16. -- | | | | | Sold (part) | 09/18/13 | J | | |
| 17. -- | | | | | Sold | 12/17/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Hartford World Bond | A | Dividend | | | Sold | 09/18/13 | J | | |
| 19. --Ivy Asset Strategy | | None | | | Sold | 04/16/13 | J | A | |
| 20. --Templeton Global Bnd Fnd | A | Dividend | J | T | Buy | 09/18/13 | J | | |
| 21. -- | | | | | Buy (add'l) | 12/17/13 | J | | |
| 22. --Prudential Jennison Eq | A | Dividend | J | T | Sold (part) | 04/16/13 | J | A | |
| 23. -- | | | | | Sold (part) | 09/18/13 | J | A | |
| 24. -- | | | | | Sold (part) | 12/17/13 | J | A | |
| 25. --Putnam Capital Spectrum | A | Dividend | | | Buy | 09/18/13 | J | | |
| 26. -- | | | | | Sold | 12/17/13 | J | A | |
| 27. --Putnam Diversified Income | A | Dividend | J | T | Buy (add'l) | 09/18/13 | J | | |
| 28. -- | | | | | Sold (part) | 12/17/13 | J | A | |
| 29. --Putnam Voyager Fnd Cl Y | | None | | | Sold | 04/16/13 | J | A | |
| 30. --RBS NASDAQ 100 TrendPilot | | None | | | Sold | 04/16/13 | J | | |
| 31. --RBS PLC China TrendPilot | | None | | | Sold | 09/18/13 | J | A | |
| 32. --RBS Gold TrendPilot | | None | | | Sold (part) | 09/18/13 | J | | |
| 33. -- | | | | | Sold | 04/16/13 | J | | |
| 34. --Royce Premier Fund | | None | | | Sold | 04/16/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --SunAmerica New Foc Div Strategy | A | Dividend | J | T | Sold (part) | 04/16/13 | J | A | |
| 36. -- | | | | | Buy (add'l) | 12/17/13 | J | | |
| 37. --Virtus Dynamic AlphaSector | A | Dividend | J | T | Buy (add'l) | 09/18/13 | J | | |
| 38. -- | | | | | Buy (add'l) | 12/17/13 | J | | |
| 39. --Wells Fargo Prem LG CO GW ADM | | None | | | Sold (part) | 04/16/13 | J | | |
| 40. -- | | | | | Sold | 12/17/13 | J | A | |
| 41. --Alger Spectra A | A | Dividend | J | T | Buy | 12/17/13 | J | | |
| 42. --Allianzgi Global SM-CAP P | | None | J | T | Buy | 12/17/13 | J | | |
| 43. --Delaware Small Cap Core A | A | Dividend | J | T | Buy | 09/18/13 | J | | |
| 44. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 45. --Guggenheim Bullet Shares 2014 | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 46. -- | | | | | Buy (add'l) | 09/18/13 | J | | |
| 47. -- | | | | | Sold (part) | 12/17/13 | J | | |
| 48. --Guggenheim Bullet Shares 2015 | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 49. -- | | | | | Buy (add'l) | 09/18/13 | J | | |
| 50. -- | | | | | Buy (add'l) | 12/17/13 | J | | |
| 51. --Invesco Select Cos Y | A | Dividend | | | Buy | 04/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- | | | | | Buy (add'l) | 09/18/13 | J | | |
| 53. -- | | | | | Sold | 12/17/13 | J | A | |
| 54. --Mainstay Market Field I | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 55. -- | | | | | Sold (part) | 09/18/13 | J | A | |
| 56. -- | | | | | Sold (part) | 12/17/13 | J | A | |
| 57. --MFS Intl Value I | A | Dividend | J | T | Buy | 09/18/13 | J | | |
| 58. -- | | | | | Sold (part) | 12/17/13 | J | | |
| 59. --Putnam Equity Spectrum | | None | J | T | Buy | 12/17/13 | J | | |
| 60. --Putnam Dynamic Risk Alloc Y | | None | | | Buy | 04/16/13 | J | | |
| 61. -- | | | | | Sold | 09/18/13 | J | | |
| 62. --Thornburg Intl Growth I | A | Dividend | J | T | Buy | 09/18/13 | J | | |
| 63. -- | | | | | Sold (part) | 12/17/13 | J | A | |
| 64. --Transparent VL Direct Alloc I | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 65. -- | | | | | Buy (add'l) | 09/18/13 | J | | |
| 66. -- | | | | | Buy (add'l) | 12/17/13 | J | | |
| 67. --Baron RE Inst | A | Dividend | | | Buy | 09/18/13 | J | | |
| 68. -- | | | | | Sold | 12/17/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 06/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --First Eagle Overseas I | | None | | | Buy | 04/16/13 | J | | |
| 70. -- | | | | | Sold | 09/18/13 | J | A | |
| 71. --Virtus Foreign Opport I | A | Dividend | | | Buy | 04/16/13 | J | | |
| 72. -- | | | | | Sold | 09/18/13 | J | A | |
| 73. --Virtus RE Sec I | A | Dividend | | | Buy | 04/16/13 | J | | |
| 74. -- | | | | | Sold | 09/18/13 | J | | |
| 75. Bank of America Corp FX Rate | A | Interest | | | Matured | 09/09/13 | J | | |
| 76. Blackstone/GSO Strat Credit FD | A | Interest | J | T | | | | | |
| 77. GE Cap Australia Funding FX Rate | A | Interest | J | T | | | | | |
| 78. Intl Bank for Recon & Dev | A | Interest | | | Sold | 10/04/13 | J | | |
| 79. Prudential Short DR Hi Yield | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements

I have participated in this retirement plan since 9/1/76 at Delaware Law School (now Widener University Law School) and at George Mason University Law School. Employer contributions from these institutions ceased when I left employment with them, but my retirement remains vested.

V. Gifts

The office furniture consists of antiques--a desk, a sofa, a small table and a curio cabinet--which cost $54,000 when acquired in 1999. This furniture is on loan as long as I am a judge. To estimate their fair rental value, I divided the cost by the 15-year term that I have as a judge. This figure is $3,600 per year. ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ These gifts were sold at the diection of ▮▮▮▮▮▮▮▮ and the proceeds paid over to them after October 2013 when I became a senior judge and moved to smaller chambers.

VII. Investments and Trusts

Lines 8 & 9: CitiBank NA SD Money Market and Morgan Stanley Liquid Asset Fund (money market) were consolidated into Morgan Stanley Private Bank (money market).
Line 9: MSSB IRA has become Morgan Stanley IRA

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward J. Damich**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544